NUMBER 13-06-504-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


________________________________________________________________________


THE STATE OF TEXAS, Appellant,


v.



R. G. INDUSTRIES .22 CALIBER 

REVOLVER MODEL RG145 S/N Z051353, ET AL., Appellees.

________________________________________________________________________


On appeal from the 197th District Court


of Willacy County, Texas.


______________________________________________________________________


MEMORANDUM OPINION


 

Before Justices Yañez, Benavides, and Vela


Memorandum Opinion Per Curiam


 Appellant, THE STATE OF TEXAS, perfected an appeal from a judgment entered
by the 197th District Court of Willacy County, Texas, in cause number 2005-CV-0274-A. 
After the record and briefs were filed and after the cause was submitted to the Court,
appellant filed a motion to dismiss the appeal. In the motion, appellant states that it no
longer wishes to prosecute this appeal. Appellant requests that this Court dismiss the
appeal.

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellant's motion
to dismiss is granted, and the appeal is hereby DISMISSED.

 PER CURIAM

Memorandum Opinion delivered and filed this

the 21st day of June, 2007.